**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Miguel AYON RESENDEZ,
Defendant–Appellant.**

**No. 97–10535.
D.C. No. CR–97–05142–MDC.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 2, 2002.\*

Decided Dec. 11, 2002.

Before GOODWIN, TROTT and GRABER, Circuit Judges.

---

\* The panel unanimously finds this case suitable    for decision without oral argument. *See* Fed.

## MEMORANDUM **

Miguel Ayon Resendez appeals his guilty plea sentence for possession of cocaine with intent to distribute. We have jurisdiction pursuant to 28 U.S.C. § 1291. Specifically, Resendez appeals the upward adjustment of his offense level he received for possession of a firearm by a coconspirator, pursuant to U.S.S.G. § 2D1.1(b)(1). However, Resendez has since been released from custody, and has failed to show the existence of any collateral consequences from his sentencing. Therefore, we dismiss his appeal as moot. *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir.1999).

DISMISSED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

